UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-403-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MATILDE ISAIAS CRUZ PORTILLO, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for a Sentence Reduction under USSC Amendment 821. (Doc. No. 238).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's Motion for a Sentence Reduction under USSC Amendment 821.

Signed: March 8, 2024

Max O. Cogburn Jr
United States District Judge

1